

E-FILED
Friday, 12 July, 2019 11:05:55 AM
Clerk, U.S. District Court, ILCD

# United States District Court
CENTRAL DISTRICT OF ILLINOIS

FILED
JUL 12 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Ronald J Weigand,  )
)
Plaintiff  )
)
vs.  )  Case No. 19-2186
)  *(The case number will be assigned by the clerk)*
Vermilion County Jail  )
RN Shelly Harding  )
Captain Osterbur  )
~~[struck through]~~  )
_____  )
_____  )
_____,  )
)
Defendant(s)  )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☒  Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Ronald J Weigand

Prison Identification Number: 00056170

Current address: 2 E South St. Danville IL. 61832 Vermilion County Jail (PSB)

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Vermillion County Jail (PSB)

Current Job Title: _____

Current Work Address _____

Defendant #2:

Full Name: RN: Shelly Harding

Current Job Title: Head Nurse

Current Work Address: 2 E South St. Danville IL. 61832

Defendant #3:

Full Name: Captain Colin Osterbur

Current Job Title: Captain ~~~~

Current Work Address 2 E. South St. Danville IL, 61832

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐     No ☒

C.  If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

  1. Name of Case, Court and Docket Number
_____

  2. Basic claim made _____

  3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☒   No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?  Yes ☒   No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence **Vermilion County Jail**

Date(s) of the occurrence **5/21/19  2:15 P.M.**

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I was attacked by an Inmate on film in a public space with two officers 20 feet away that did not respond or provide help. When I did get the inmate to stop biteing my nose I reported it to the officers and I was told to go to my cell and lock it I refused because I was bleeding from my nose where I was bit. I told the officer I wanted to press charges and also wanted photographs of the damage to my face. The unknown officer refused both requests. I was then taken to the nurse where I requested a std test and blood work to be proformed on both of us and for medical treatment for the bite marks on my face, both requests were refused. I now have scars on my face and nose. I also still do not know if I have a life threating disease or std. The Incedent happened on 5/22/19 2:15 PM. There was blood to blood contact between me and my attacker. After a week of me pushing the issue they finnaly contacted an investigator about the issue but still denied medical treatment or blood work all that they have on staff is a R.N. and all she did was stop the

5

bleeding from my face and nose and give me an ice pack and a painkiller while I was in her office. I took a picture on the video box to show some of the damages to my face by it does not show the bite marks very well. It took the investigator over one week to show up to let me press charges and he took two pictures a week later I still have scars on my face and nose.

RELIEF REQUESTED

(State what relief you want from the court.)

~~$10,000,000~~ Ten million AN STD Test on Ronald Weigand and Joshua Deichmiller for my saftey and Health. Repermands to Officers and Nurseing staff for not Intervening (officers) and not properly treating or provideing medical ~~oo~~ care (Nurseing staff).
Compensation for the scaring on my face and nose
Order to demand Blood work for treament due to blood to blood contact
A Restraining order against Vermillion County Jail so They can not discrimenate against me

JURY DEMAND    Yes ☐    No ☒

Signed this ~~6/23/~~ day of June, 20 19.

Ronald J Weigand
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Ronald J Weigand | 00056170 |
| Address: 2 E South St. Danville IL. 61832 | Telephone Number: N/A |